UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| CARL SULLIVAN, | 2:10-CV-00667-PMP-RJJ |
| Plaintiff, | |
| vs. | **ORDER** |
| WARDEN DWIGHT NEVIN, et al., | |
| Defendants. | |

Plaintiff Sullivan has attempted to initiate this action by the filing of a Motion for Temporary Restraining Order (Doc. #1) and Motion for Preliminary Injunction (Doc. #2). However, Plaintiff has neither filed a Complaint, nor has he submitted any payment for the filing of this action or sought to proceed *In Forma Pauperis*.

**IT IS THEREFORE ORDERED that** Plaintiff Sullivan's Motion for Temporary Restraining Order (Doc. #1) and Motion for Preliminary Injunction (Doc. #2) are **DENIED**, and this case is hereby **DISMISSED**.

**IT IS FURTHER ORDERED that** should Plaintiff wish to pursue relief before this Court, he must comply with the Federal Rules of Civil Procedure to do so.

DATED: May 12, 2010.

PHILIP M. PRO
United States District Judge